# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

SIERRA PARTNERS, LLC., a Nevada Limited Liability Company, dba DIRECT CONSUMER SERVICES, DAVID WINSEN, CHAD FISK, and DOES ONE through FIFTY, inclusive

CV 08 2813 SBA

TO: (Name and address of defendant)

SIERRA PARTNERS, LLC., a Nevada Limited Liability Company, dba DIRECT CONSUMER SERVICES,
c/o CORPORATE SERVICES GROUP, LLC, AGENT FOR SERVICE
723 S. Casino Center Blvd., 2nd Floor, Las Vegas, NV 89101-6716

DAVID WINSEN,
18401 Burbank Blvd., Suite 120
Tarzana, CA 91356

CHAD FISK,
2833 Luna Avenue
San Diego, CA 92117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUN 5 2008
DATE

Helen L. Almacen

(BY) DEPUTY CLERK