JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiffs, ASIS INTERNET & JOEL HOUSEHOLTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, JOEL HOUSEHOLTER, et al., <br> Plaintiff(s), <br> v. <br> SIERRA PARTNERS, LLC, et al., <br> Defendant(s). | CASE NUMBER <br><br> C-08-2813 SBA <br><br> NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety.

- ☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

- ☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

- ☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

- ☐ ONLY Defendant (s)_____ is (are) dismissed from

   (Circle one)    Complaint, Counterclaim, Cross-claim, Third Party Claim

   brought by _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:    July 8, 2008            /s/ Jason K. Singleton
                                    Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a)  or  (c)